**UNITED STATES DISTRICT COURT**

_Southern_ _____ **DISTRICT COURT OF NEW YORK**

RECEIVED
NOV 22 2019
PRO SE OFFICE

**FORM TO BE USED IN FILING A COMPLAINT**
**UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**
(Prisoner Complaint Form)

## 1. CAPTION OF ACTION

19 CV 10868

**A. Full Name and Prisoner Number of Plaintiff: NOTE:** _If more than one plaintiff files this action and seeks in forma pauperis status, each plaintiff must submit an in forma pauperis application and a signed Authorization or the only plaintiff to be considered will be the plaintiff who filed an application and authorization._

KEITH TERRELL BUTLER 19A0179

-vs-

**B. Full Name(s) of Defendant(s) NOTE:** _Pursuant to Fed. R. Civ. P. 10(a), the names of all parties must appear in the caption. The court may not consider a claim against anyone not identified in this section as a defendant._

COUNTY of suffolk                              Joseph A Nanshe attorney at law
1. Errol Toulon Sheriff of S.C.   2. Alex                           other
3. DR. James L. TOMARKEN          4. Edwards              10
5. Justin Francis                 6. C.J SCOCRI     plus John Does
   CO. #1688                         CO. #7451              Involved

## 2. STATEMENT OF JURISDICTION

This is a civil action seeking relief and/or damages to defend and protect the rights guaranteed by the Constitution of the United States. This action is brought pursuant to 42 U.S.C. § 1983. The Court has jurisdiction over the action pursuant to 28 U.S.C. §§ 1331, 1343(3) and (4), and 2201.

## 3. PARTIES TO THIS ACTION

**PLAINTIFF'S INFORMATION NOTE:** _To list additional plaintiffs, use this format on another sheet of paper._

Name and Prisoner Number of Plaintiff:_____

Present Place of Confinement & Address: _____

Name and Prisoner Number of Plaintiff:_____

Present Place of Confinement & Address: _____

**DEFENDANTS INFORMATION NOTE:** *To list additional defendants, use this format on another sheet of paper.*

Name of Defendant: Errol Toulon  Suffolk County Sheriff
(If applicable) Official Position of Defendant  Chief of Sheriff department at suffolk county Jail
(If applicable) Defendant is Sued in _____✓_____ Individual and/ or _____✓_____ Official Capacity
Address of Defendant: Riverhead suffolk county sheriff's Department 100 center Drive
Riverhead, New York 11901

Name of Defendant: DR. James L. Tomarken
(If applicable) Official Position of Defendant  Health Services Commissioner
(If applicable) Defendant is Sued in _____✓_____ Individual and/ or _____✓_____ Official Capacity
Address of Defendant: suffolk county sheriff's Department 100 center Drive Riverhead
NY 11901

Name of Defendant: Justin Francis
(If applicable) Official Position of Defendant  Correctional officer (SERT) suffolk county emergency Response
(If applicable) Defendant is Sued in _____✓_____ Individual and/ or _____✓_____ Official Capacity    Team
Address of Defendant: 100 suffolk county sheriff's Department 100 center Drive Riverhead
NY 11901

## 4. PREVIOUS LAWSUITS IN STATE AND FEDERAL COURT

Have you begun any other lawsuits in **state or federal court** dealing with **the same facts involved in this action?**    Yes _r_    No _✓_

<u>If Yes, complete the next section.</u> NOTE: *If you have brought more than one lawsuit dealing with the same facts as this action, use this format to describe the other action(s) on another sheet of paper.*

Name(s) of the parties to this other lawsuit:

Plaintiff(s): _____

Defendant(s): _____

_____

2    Court (if federal court, name the district; if state court, name the county): _____
_____

Docket or Index Number: _____

Name of the Judge whom case was assigned: _____

Correction officer Alex
Defendant is sued in ✓ Individual and/or ✓
official capacity
Suffolk county sheriff's Department 100 center drive
Riverhead, NY 11901

Correction officer: Edwards
Defendant is sued in ✓ Individual and/or ✓ official
capacity
Suffolk County sheriff's Department 100 center Drive
Riverhead, NY 11901

Correction officer #1688
Defendant is sued in ✓ Individual and/or ✓ official
capacity
Suffolk county Sheriff's Department 100 center Drive
Riverhead, NY 11901

Correction officer #1491
Defendant is sued in ✓ Individual and/or ✓ official
capacity
Suffolk county Sheriff's Department 100 center Drive
Riverhead, NY 11901

The approximate date the action was filed: _____

What was the disposition of this case?

    Is it still pending?           Yes _____    No _____
        If not, give the approximate date it was resolved. _____

    Disposition (check the boxes which apply)

        ☐ Dismissed (check the boxes which indicates why it was dismissed):
           ☐    By court *sua sponte* as frivolous, malicious or for failing to state a claim upon which relief can be granted;

           ☐    By court for failure to exhaust administrative remedies;

           ☐    By court for failure to prosecute, pay filing fee or otherwise Respond to a court order;

           ☐    By court due to voluntary withdrawal of claim;

        ☐ Judgment upon motion or after trial entered for
           ☐ plaintiff
           ☐ defendant

Have you begun **any other lawsuits** in **federal court** which **relate to your imprisonment?**
    Yes _____    No ✓____

<u>If Yes, complete the next section.</u> NOTE: If you have brought more than one other lawsuit dealing with your imprisonment, use this format to describe the other action(s) on another sheet of paper.

1.    Name(s) of the parties to this other lawsuit:
    Plaintiff(s): _____

    Defendant(s): _____
    _____

2.    District Court: _____

3.    Docket Number: _____

4.    Name of District or Magistrate Judge to whom case was assigned: _____
    _____

5.    The approximate state the action was filed in:

6.  What was the disposition of the case?
    Is it still pending?                          Yes _____   No _____
                  ⬆If not, give the approximate date it was resolved. _____
    Disposition (check the boxes which apply)
            ☐ Dismissed (check the boxes which indicates why it was dismissed):
                    ☐  By court sua sponte as frivolous, malicious or for failing to
                        state a claim upon which relief can be granted;

                    ☐  By court for failure to exhaust administrative remedies;

                    ☐  By court for failure to prosecute, pay filing fee or otherwise
                        Respond to a court order;

                    ☐  By court due to voluntary withdrawal of claim;

            ☐ Judgment upon motion or after trial entered for
                    ☐ plaintiff
                    ☐ defendant

---

## 5. STATEMENT OF CLAIM

For your information, the following is a list of some of the most frequently raised grounds for
relief in proceedings under 42 U.S.C. § 1983 (This list does not include **all** possible claims.)

| | | |
|---|---|---|
| Religion ✓ | Access to the Courts ✓ | Search & Seizure ✓ |
| Free Speech ✓ | False Arrest | Malicious Prosecution ✓ |
| Due Process ✓ | Excessive Force ✓ | Denial of Medical Treatment ✓ |
| Equal Protection ✓ | Failure to Protect | Right to Counsel ✓ |

**Please note that** it is not enough to just list the ground(s) for your action. You **must** include a
statement of the facts which you believe support each of your claims.

**Fed. R. Civ. P. 8(a)** states that a pleading must contain "a short and plain statement of the claim
showing that the pleader is entitled to relief." "The function of pleadings under the Federal Rules
is to give fair notice of the claim asserted. Fair notice is that which will enable the adverse party
to answer and prepare for trial, allow the application of *res judicata*, and identify the nature of
the case so it may be assigned the proper form of trial." Simmons v. Abruzzo, 49 F.3d 83, 86 (2d
Cir. 1995).

**Fed. R. Civ. P. 10(b)** states that "[a]ll averments of claim...Shall be made in numbered
paragraphs, the contents of which shall be limited as far as practicable to a single set of
circumstances"

**A. FIRST CLAIM:** On (date of incident) 9-19-2018 at 8:15PM 4 south EAST shu
defendant (give the **name and position held** of **each defendant** involved in this incident) Justin Francis
Alex, Edwards, 1688, 1491, 1639 Corrections officers (COS) 283, is a SGT

LT. leading (SERT) John Doe SGT. John Doe (1) John Doe (2) John Doe (3) John Doe (4)

Errol D Toulon Head of suffolk county Sheriff Dept, DR James L. Tomarken HealthDept comm.
did the following to me (briefly state what each defendant named above did): Justin Francis,
Alex, Edwards, COS 1688, 1491, 1639 all going assaulted the plaintiff, Edwards InJured Plaintiff's
left ankle By Bending it maliciously, Alex closed fist punched plaintiff in face several times
Justin Francis Punched Plaintiff in The EYE socket and Jaw 1688, 1491, 1639 all started kicking me
and Stomping ME while I was in hand cuffs on The floor SGT 283 was Bending MY finger
fracturing Them John Doe SGT Joined in The gang assault Punching plaintiff and kicking me in
The Buttocks CO 1491 Punched me in The left side of MY face Then squeezing The cuffs
all The way to The last click where They not cock anymore Injuring my wrists, Errol D toulon
is liable for his subordinates actions Because he's encharge for Their training To Safeguard
plaintiff's constitutional promised Rights That was foreseeable that could have been Prevented if plaintiffs
Rights were honored and The Defendants conduct was Intentional and delibarate and malicious
To cause wanton Infliction of pain, C Crew L.T. ordered his subordinates to assault The plaintiff
and L.T. watched it happened and failed to try and fix it L.T. is and was Responsible for his
subordinates actions because with Intentions to harm Plaintiff The Defendants followed L.T. orders
To InJure plaintiff, Plaintiff also suffers from asthma and L.T. was informed Before being Sprayed
with chemicals agents and L.T. followed Through with the order to house plaintiff sprayed desregardless
of medical seriousness, Employees of medical department Refused to medically Treat plaintiff
and who went against peconic Bay Instructions to house me in Infirmary and To supervise Plaintiff in which they
failed to house and protect Plaintiff Dr Jame L. Tomarken is Responsible for Decisions and actions of his Employee
for conduct of deliberate Indifference to plaintiff's medical needs when Tomarken failed to fix it.
Defendants Deprived of plaintiffs property Deprived Plaintiff to Practice Religion and retaliated against for Redress of grievances
The constitutional basis for this claim under 42 U.S.C. § 1983 is: EXCESsive force /assault and

Battery Equal Protections Due Process Freedom of speech, Religion, denial of medical
The relief I am seeking for this claim is (briefly state the relief sought): Punitive Damages Treatment
Compensatory Damages Plaintiff Requests 8 Million dollars, plaintiff Request an order declaring That the
defendants have acted in violation of united state constitution, plaintiff Request an Injuction compeling defendants
Damages Medical expenses and stop violating laws of The constitution or state Meaning Stop Prisoner
brutality and plaintiff Respectfully Request an order of protection against defendants as a matter of law.
And finally Defendants Are to be arrested and Imprisoned for their wrongful misconduct charges against Plaintiff are
To Be dismissed in its Entirety **Exhaustion of Administrative Remedies**
According to 42 U.S.C. § 1997e(a), "[n]o action shall be brought with respect to prison
conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in
any jail, prison, or other correctional facility until such administrative remedies as are available
are exhausted."

Did you grieve and/or appeal this claim:                          Yes ✓           No _____
     If your answer is yes, state the result: grievance Denied

Did you appeal that decision:                                   Yes ✓           No _____
     If your answer is yes, state the result: Appeal was voted on and denied.

*Attach any documents which indicate that you have
exhausted your administrative remedies regarding this claim.*
If your answer is no, state why you did not: _____

_____

**B. SECOND CLAIM:** On (date of incident) 9/20/18 approx 3:45 Loc 45w BMHU
defendant (give the **name and position held** of **each defendant** involved in this incident) Justin francis
Alex, Edwards and Co 1491 all correctional (SerT) officers suffolk Emergency Response Team
all came to my cell to take me to diabetic finger stick in which I refused and because I was scared for my
Life to go with them because they were the same defendants from 9/18/18 who Participated in
gang assault on yes. Co Alex Informed me that I couldn't Refuse I have to go and I was on extremes
and these Defendants Escorted me to the Elevator is where they Began their misconduct of
did the following to me (briefly state what each defendant named above did): assaultive behaviors once the
Elevator Door was closed, Alex was the first Defendant to strike me in the face then Co 1491,
Edwards and Justin francis, alex punched me in the mouth and knocked my front teeth out my mouth
which fell on the floor they all started stomping me and kicking me Edwards grabed my right leg
and started Bending my Right ankle sprahing it, Justin francis, alex pulled out their Batons and
started striking me with it hitting me in the face and head area then I fell on contious, Co1491
started Stomping me again and started to stand on my head while I was on the ground then
the Elevator Doors opened up then I was maliciously thrown into the restraint chair and taken to medical
and alex stated I was spitting up Blood and while alex was assaulting me on the Elevator he was saying
you gonna press charges on me mother fucker you fuckin Nigger I'll kill you mother fuker
after I went to medical I was rushed Back out to peconic Bay medical center for the Second time in one day
when I came Back to the Jail I was hidden in the Suire Box BMHU segregated from general population is where
I was hidden Being deprived of practicing religion, free Exercise, showers, hygiene, property liberty
without due Process of laws, a disciplinary hearing was held out side my presence and my penalty was an
unknown penalty held out side my presence, and Being deprived from going to the law library like
Every other prisoner the correctional staff stated that I wasn't allowed to go to the law library and every time
I went I had to be in the restraint chair with a mask on my face (spit mask) I was prevented from going
to Court from fabrications of acting Insubordinate, my lawyer was in charge of getting me a drug program in which
he failed to do deliberately because I wrote him up to Judge Mark cohen and he skirted being Ineffective towards
me and he refused to fight for me as my criminal (defense attorney mr. Joseph A. Hanshe told my wife that he wasn't fighting
for me and after learning that mr. Hanshe was good friends with the defendants he help handpicked he maliciously
The constitutional basis for this claim under 42 U.S.C. § 1983 is: prejudice that I wasn't going I was imprisoned
Joseph A Hanshe promised plaintiff if he pled out to the charges that he would safeguard my Rights and once
I took the time 2-4 mr. Hanshe Refused to pursue the claim he even left the claim unattended for months at
no notice of intention skure. Excessive use of force, Equal Protections Due Process, malicious prosecution,
The relief I am seeking for this claim is (briefly state the relief sought): plaintiff request that criminal charges filed
By Defendants, be dismissed Entiretry, Defendants to be arrested and imprisoned for their various misconduct, plaintiff request
in order spotting plaintiff disability for the rest of his life, plaintiff request compensatory damages in amount 5 million dollars to make
plaintiff whole again. without malice.

## Exhaustion of Administrative Remedies

According to 42 U.S.C. § 1997e(a), "[n]o action shall be brought with respect to prison
conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in
any jail, prison, or other correctional facility until such administrative remedies as are available
are exhausted."

Did you grieve and/or appeal this claim:     Yes ✓     No ____

If your answer is yes, state the result: _____Denied_____.

Did you appeal that decision:                    Yes  ✓      No _____
If your answer is yes, state the result: _____Denied_____.
     *Attach any documents which indicate that you have*
     *exhausted your administrative remedies regarding this claim.*

If your answer is no, state why you did not: _____
_____

If you have additional claims, use the above format to set them out on additional sheets of paper.

## 6. RELIEF SOUGHT

*Summarize the relief requested by you in each statement of claim above*

Plaintiff Request an order declaring That the defendants have acted in violation of the united states constitutions. And Plaintiff is Entitled To Relief sought. Plaintiff Request the Defendants is to be aprehended To Jail for the malicious misconduct acting under color of law.

Plaintiff Request an Injuction for an order of protection, To pay for Plaintiff hospital fees and that the defendants stop violating prisoners United States Constitutional Laws and state constitutions, charges filed against Plaintiff by defendants be Dismissed in its entirety award Damages for unlawful imprisonment and grant an order for Dissability to Plaintiff for the rest of his life for damages done to Plaintiff a Person who suffers from a mental Illness, Injuction compelling defendants to pay medical fees attorney fees without retaliation. Plaintiff requests compensatory Damages in the amount of 13 Million Dollars Resulting from this incident(s) as a matter of law Plaintiff is Entitled to the Relief sought against Defendants Plaintiff also Request Jury Trial, Plaintiff also has Permanent Injuries that he has to live with for the Rest of his life. Mental anguish pain and suffering.

Do you want a jury trial?                    Yes  ✓      No _____

**I declare under penalty of perjury that the foregoing is true and correct.**

Executed on ____11/16/19_____
                 (date)

**NOTE: Each** plaintiff must sign this complaint and must also sign all subsequent papers filed with the Court.

_Keith Terrell Butler_
_____
_____
Signature(s) of Plaintiff(s)

KEITH TERRELL Butler

MARCY ~~Clinton~~ Correctional Facility, Main
P.O. Box ~~2001~~ 3600
MARCY
~~Dannemora,~~ New York ~~12929~~ 13403-3600

October 26, 2019

Clerk of the Court
United States District Court for
the **Southern** District of New York
~~500 Pearl Street,~~
Daniel Patrick Moynihan United states courthouse
500 Pearl street   N Y  , New York 10007-1312

**Re: 42 U.S.C. § 1983 Summons and Complaint**

Dear  Clerk of the Court        :

Please find enclosed one (1) original and three (3) copies of my *Pro Se* 42 U.S.C. § 1983 Summons and Complaint and all supporting papers and affidavits.

If I have failed to serve any other paper work or there is any further information you may need from me in order to process my motion, please feel free to contact me at the above listed address. I would like to thank you for your time and consideration in this matter and I look forward to hearing from your office with a favorable decision from the Court.

Respectfully submitted,

*Keith Terrell Butler*
Keith Terrell Butler
Claimant, *Pro Se*   19A0179

cc:     File

RECEIVED
NOV 22 2019
PRO SE OFFICE

**UNITED STATES DISTRICT COURT FOR**
**THE** Southern **DISTRICT OF NEW YORK**
-------------------------------------------------------------X
Keith Terrell Butler, 19A0179

        Claimant,                                      **SUMMONS**

     vs.

Errol toulon who is the Suffolk county Jail Sheriff
and, DR. James L. Tomarken who is the Commissioner of Health Services
Justin francis, Alex and, Edwards CO #1658, CO 1491,
who is the correction officers, and SGT John DOE SGT
John L. T , who is the Rank correctional officers who is being sved
individually and in their official capacities.

        Defendants.
-------------------------------------------------------------X

**TO THE ABOVE-NAMED DEFENDANTS:**

     You are hereby summoned and required to serve upon the plaintiff, whose address is

MARCY ~~Clinton~~ Correctional Facility ~~Main~~, P.O. Box ~~2001~~ 3000 MARCY ~~Dannemora~~, New York ~~12929~~ 13403-3600, an answer to

the complaint, which is herewith served upon you, within 20 days after the service of this

summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will

be taken against you for the relief demanded in this complaint.

                         _____
                         Clerk of the Court
                         United States District Court for
                         the _____ District of New York

                         _____
                         _____, New York _____

Date: _____

# IN THE UNITED STATES DISTRICT COURT
## FOR THE _SouThern_ DISTRICT OF NEW YORK

------------------------------------------------X

_Keith Terrell Butler_ ,

        Claimant,

    vs.

_Errol toulon and suffolk County sheriffs Dept,_

        Defendants.

------------------------------------------------X

**AFFIDAVIT OF SERVICE**

Docket No. _____ (___)

        Claimant _Keith Terrell Butler_ , affirms under penalty of perjury the foregoing:

        That he has on the _16_ day of _November_ , 20 _19_ , served:

with a true an accurate copy of this Claim along with my supporting by regular first class mail, by placing such in a properly sealed postage paid envelope and depositing same in a mailbox at Clinton Correctional Facility, to be mailed by the U.S. Postal Service.

        Respectfully submitted,

        _Keith Terrell Butler_

        _Keith Terrell Butler_
        Claimant, _Pro Se_ _17A0179_
   Marcy ~~Clinton~~ Correctional Facility
        P.O. Box ~~2001~~ _3600_
        _MARCY_
        ~~Dannemora~~, New York ~~12929~~ _13403-3600_

cc:  File

United States District Court

Southern District of New York                    x

Keith Terrell Butler

                    Plaintiff,

        - against -

                                                    Assault and Battery Tort Under

Suffolk County, Suffolk County                      42 USC 1983

Sheriff Department, Sheriff Errol D.                COMPLAINT

Toulon of Suffolk County carectional facility,

Justin Francis, Alex, Edwards, area SGT

John Doe, C.crew LT. John Doe, 1# John Doe,

2# John Doe #3 John Doe #4 John Doe 5# John Doe #John Doe,

7# John Doe, #8 John Doe correctional officers, DR. James L.

TOMARKEN Commissioner of Health Services, CO #1688,

CO #1491 Who is sued individually and official capacity

                    Defendant(s)

                                                    x          I COMPLAINT

PlainTiff Keith Terrell Butler, Pro-se for complaint states as follows:

The above Defendants Violated Plaintiff's Promised Civil Rights of Fed / state

Constitutions amendments Known as Bill of Rights with The Intent To gang

assault and Battery That Deprived The Plaintiff of his Rights That was

foreseeable and Pre-Deprivation safeguards could have Prevented The harm suffered

in violation of Eigth and fourteenth constitutions amendment of New York

state and federal of The Equal Protections of Laws.

                    II Parties, Jurisdiction and venue

1. Plaintiff KEITH TERRELL BUTLER WAS confined in The Riverhead suffolk county Jail of The state of NEW YORK Correctional INSTitutional services, sheriff's Department located at 110 center Drive Riverhead, NY 11901, From June 14, 2018 To January 16, 2019. Plaintiff is currently confined at Marcy Correctional FACILITY RMHU Box 3600 13403-3600.

2. Plaintiff Keith TErrell BUtLER is, and was at all TIMES Mentioned herein an adult CITIZEN of THE UNITED states and a resident of The state of New York.

3. DefendanT Errol D. Toulon Was at all Relevant times herein The commissioner of adult services for The county of Suffolk, with Responsibility's for operating and maintaining detention Penal and corrective Institutions within The county of suffolk, INcluding The city Jail.

4. Defendant Errol D. Toulon Was at all Relevant times herein The warden, commissioner, superintendant of The MUNicipal Prison for The city of Riverhead, as superintendant of the Prison, Defendant Manages its day to day operations and Executes its Policies.

5. Defendant Justin francis is and was at all Relevant times herein an EMPloyee of the Prison.
   DefendanT Justin francis is Employeed as a correction officer such as Prison Guard at Riverhead suffolk county Jail.

6. Defendant Alex is and was at all Relevant times herein an Employee of The Prison.
   DefendanT Alex is Employed as a correction officer such as Prison Guard at Riverhead suffolk county Jail.

7. Defendant Edwards is and was at all Relevant times herein an Employee of The Prison.

Defendant Edwards is employed as a corrections officer such as Prison Guard at Riverhead Suffolk County Jail.

8. Defendant Co Badge #1688 is and was at all Relevant Times herein an Employee of The Prison

Defendant Co Badge #1688 is employed as a correction officer such as prison Guard at Riverhead suffolk county Jail.

9. Defendant Co Badge #1491 is and was at all Relevant times herein an Employee of The prison

Defendant Co Badge #1491 is employed as a correction officer such as Prison Guard at Riverhead suffolk county Jail.

10. Defendant(s) John Does 1-8 is and was at all Relevant times herein an Employee(s) of The prison

Defendant(s) John Does 1-8 is Employed as a correction officer(s) such as prison Guard(s) at Riverhead suffolk county Jail.

11. Defendant area SGT John Doe is and was at all Relevant times herein an Employee of The prison

Defendant area SGT John Doe is Employed as correction officer sergeant such as prison Guard in rank at Riverhead suffolk county Jail.

12. Defendant Liutenant John Doe of C. Crew sert Team is and was at all times

herein an Employee of The Prison.

Defendant Liutenant John Doe of C. Crew SerT Team is employed as correction officer Liutenent Such as prison Guard in Rank at Riverhead Suffolk County Jail.

13. Defendant DR. James L. Tomarken Commissioner of Health services is and was at all times Relevant herein an Employee of The Prison.

Defendant Dr. James L. Tomarken commissioner of health services is Employed as Commissioner of Department of Health at Riverhead Suffolk County Jail.

14. Defendant City of Riverhead is and was at all Relevant Times herein a municipal corporation of The State of New york

15. This action arises under and is Brought Pursuant to 42 U.S.C. section 1983 To Remedy The Deprivation, under Color of state law, of Rights Guaranteed by The Eighth and fourTeenth amendments To The United States Constitutions This CourT has Jurisdiction over This action pursuant to 28 U.S.C. sections 1331 and 1343.

16. Plaintiff's claims for InJunctive relief are authorized by Rule 65 of The federal Rules of civil Procedure.

17. This cause of action arose in The Southern District of New York Therefore, venue is proper under 28 U.S.C. section 1391(b)

III. Previous lawsuits by Plaintiff

18. Plaintiff has filed no other lawsuits Dealing with The same facts involved in This action or otherwise Relating to his Imprisonment.

### IV. Exhaustion of Administrative Remedies

19. inmate grievance was filed and The out come was Denied and internal affairs Investigation was still pending so grievance program could not Render a final Decision so They Denied The grievance.

### V. STATEMENT OF CLAIM

20. at all Relevant TIMES herein, defendants were "Persons" for purposes of 42 U.S.C. section 1983 and acted under color of Law to deprive Plaintiff of Constitutional Rights, as set forth More fully below.

### VI. statement of facts.

21. On September 19, 2018 approx 8:15 PM C. Crew Sert Team came into 4 south East attacked Me maliciously grabbed MY legs and Pulled Me off The TABle on to The floor and started punching Me kicking Me and stomping Me Then Bent MY left Ankle with all his might until fracturing The Bone, my head and face was filled with Blood from being Pummeled on Im an asmatic and was also sprayed with Chemical agents before I was attacked. Plaintiff is also a Dibetic and his medical shoes were taken out of Retaliation by sergeant Lowry

22. To Discontinue Plaintiff's sneaker pass That was approved Thru Medical and The facility security and Mr. SGT lowry ordered The RN To Remove The sneaker pass from The System out of animosity he had for Me. Then

made The move to TAKE My shoes Medically ordered by foot doctor for Diabetic Reasons and The nurse coerced with sergeant lowry to Removed The order from The system, shortly after SGT lowry took my shoes I was Escorted back to my cell Barefooted after being Refused footwear before returning to my cell.

23. Shortly after Returning Back from 7:00 PM Medication Run I was Then assaulted gang assaulted Then Rushed to peconic Bay Medical center in Riverhead NY 11901 for serious INJuries as follows: skull fractures, facial fractures, ankle fractures finger sprain front Teeth Broken from PHysical assault and Battery I was taken TO hospital a 2:32 am and The incident occurred at 8:15 pm on 9/19/18

24. plaintiff Returned to Suffolk county Jail with crutches and CASTK on left foot Then Thrown in what They call The Super Box (SHU) into a filthy Dirty cell with Bugs Dirty film all over The Bed posts and toilet bowl & seat without Tier hearing and personal property and Due Process of laws. I was also Deprived of food and water and The co working That Day stated to me Butler you ain't getting shit. so I was deprived food and HYGiene Products for almost one week.

## Second claim

25. On september 20, 2018 approx. 3:45 PM correction officer(s) Justin Francis, alex, and Edwards John Doe #1 John #2 came in front of My cell location Bnhu 4South WesT Telling me to put My hands out The slot for Medical and I Told Those officers That I Refuse and alex told me That I can't Refuse and opened my cell and handed me my crutches forcing me to go to medical and I'm scared for my life now Because These co's were The same ones Who assaulted me The day before Who still had animosity towards

Me and I didnt want to go at first. once we Reached The Elevator Doors one co defendant didnt get on The Elevator and The area supervising set had a look in his eyes That he knew I was about to get assaulted by The Escorting Defendants Justin francis, Alex, Edwards, John Doe #1 John Doe #2 once The Elevator Doors closed, Alex Edwards, Justin francis, John Doe #1 John Doe #2 attacked me while I was on crutches francis, Alex, Edwards John Doe #1 John Doe #2 all gang assaulted Me, Alex punched me in my face first Knocking me to the floor Then They all started assaulting me physically punching Kicking and stomping Me They used their Knife and baton as weapon Hitting me with The objects, when alex punched me in The face I fell on contious and Regain contious while John Doe #1 was standing on my head stomping me and Edwards were bending my right ankle trying to fracture The Bone.

26.  while alex was Hitting Me with his baton saying to me you gonna Press charges on me mother fuckin Nigger, I Then fell on contious again and when I Became aware again Edwards and alex Pulled my clothes Down groping my Genitals and Buttocks unzipping his Pants when I saw alex and Edward unzipping their pants The Elevator Doors opened and The lobby officer saw what was happening and Ran over and They all Through me into a Restraint chair and Rushed me to medical is where I was Rushed out again to Peconic Bay medical center for The Second time for more Injuries as follows: sprained Right ankle which Edwards sprained, alex Broke my Jaw, and

27.    Justin francis punched my teeth out my mouth and Then alex and Edwards was pulling Down my pants groping my Buttocks and Genitals Then They Both started to unzip Their pants Then The Elevator door opened. The lobby officer noticed what was going on and stated oh shit what are you guys doing. alex stated That plaintiff Spit Blood on Them is why They Justified The Battery in which Alex stated The same fabrication to Medical while Droping plaintiff off Then leaving.

28.    Justin francis filed new charges of criminal assault 2nd because he hurted himself in The process of doing his dutys of his Job in which plaintiff never Phyiscally assaulted The Defendant in which Defendant Returned to work The very Next Day. Justin francis along with alex Edwards stated They were going to fuckin kill me when I come Back from The hospital.

29.    Disregaurding the hospitols instructions to house plaintiff in The Infirmry medical and medical sergeant Merraino ordered That I be Put Into The Super Box unattended with serious Injuries. Dr. Jame L. Tomarken's office was contacted and in which was informed by my wife and onM Defense lawyer Joseph Hanshe to place plaintiff or to Transfered plaintiff in which he disregaurded by not Trying to Rix plaintiff's condition of confinement which Was a health hazard To his Injuries. Which he is liable

Defendant Dr. Tomarken Express Concerns To Plaintiff's condition, health By failing To Provide adequate Medicare To him following The attack by C. Crew Sert Team Justin Francis, Alex, Edwards, area SGT C. crew sert Team LT. and 10 John DOES Corrections officers involved Dr. Tomarken Intentionally did not administer and refused To fulfill any of plaintiff's Requests for follow up care. as a result Dr. Tomarken's delibrate Indifference To Plaintiff's condition Plaintiff suffered further Pain and mental anguish, He continued to suffer from migraine Headaches and sustained pain for His Employees actions for denieing adequate Medical treatment. with continued pain throughout his body In addition Plaintiff was unable to Eat Properly for days.

30. Defendant Joseph A. Hanshe my Criminal Defense attorney was at all time relevant and who is Employed as defense attorney to Protect Plaintiff's Rights Once he learned Plaintiff was assaulted and who also Refused To keep me safe for my Protection, he instead helped those co's cover up The assaults Mr Hanshe acted in concert with suffolk county Corrections to Block plaintiff from seeing The Judge in a Criminal matter to cover up Injuries of plaintiff until after Plaintiff's Injuries healed so Mr. Hanshe abused his authority By Rescheduling My Court appearances, Nov 1. 2018 plaintiff was

31. scheduled to go in front of Judge Effman to become eligible for (J.D.P.) Judicial Diversion Program which Mr. Hanshe denied to Produce me from and Mr. Hanshe fabricated That plaintiff was becoming violent at The Jail acting insubordinate, mean while These Events never occurred and plaintiff was sitting in Wheel Chair awaiting sert Pick up to go to Court and which They never showed up which is on video surveillance Mr Hanshe is Ineffective and he also told my wife That he is not going to fight for plaintiff and That wether or not he'll still make $50,000 off my case and That he was Not going to defend Me. Mr. Hanshe swindled me to take The Charges in order for him to safeguard My civil rights in fed Court and he filed noticed of claim and once plaintiff was sentenced Hanshe told my wife That he was not filing

my appeal for my criminal case for my conviction after he assured me in Court That he would file an appeal which he fabricated and Blackmailed Me on. Then Mr. Hanshe also stated That he would not be my lawyer for my civil suit after Retrieving Documents to This civil lawsuit That he Refuses to Release he happened to be hindering Evidence That he has. Which is copy of my video surveillance, documents Photos, Badge numbers of CO's Authorize Releases for Medical Records.

32. Mr. Hanshe helped The DA Prosecute Me as well as he acted under color of law and he is at all times Relevant Who failed to Protect my Rights in a court of law Defamation of Character he also had Private conversation with DA to Prosecute Me and to Cover up The unlawful assault.

### VII Prayer for Relief

Plaintiff Requests an order declaring That The Defendants To provide Money Damages to cover Hospital and attorney fees as well as filing fees in The amount of $20,000 and to stop assaultive behaviors. Plaintiff Requests an order declaring That The defendants have acted in violation of The united states constitutions. Plaintiff Request $ 13 Million dollars as compensatory damages to make Me wholly again.

I declare under penalty of perjury That The foregoing is true and correct.

## UNSAFE ENVIRONMENT

From Approximately September 19, 2018 Through September 20, 2019 plaintiff was mercilessly beaten and savagely sexually assaulted by defendant Alex and Defendant Edwards and other fellow subordinates of corrections whose names are unknown to plaintiff. As a Result of These assaults, plaintiff Keith Terrell Butler suffered fractured skull, fractured facial bones, fractured ankle, fractured teeth, fractured jaw bone abraision, laceration to Right Eye That was so severe it need stitches, contused head, swollen face, sprained wrist, sprained fingers, Busted mouth, stitches that were lefted in my mouth for over thirty days Ears cartilage deformedy severe Injuries and severe anxiety. Defendant Justin francis, Alex, Edwards knew about The Injuries; despite plaintiff's Request for hospitalization, Defendant Dr James L. Tamarken denied plaintiff access to medical care.

On sept 19, 2018 approx 8:15 PM Co # 1688 Knowingly and negligently committed, Tended to cause The Injuries Recieved by plaintiff, such as "A number of Prison Gaurds knowingly and negligently opened The holding cell doors of 4 East south (S.H.U) Special Housing unit and allowed The Intermingling of corrections officers, many of Them in for The commission of extremely violent acts Under The Color of law. These Guards were well aware of The severe danger to plaintiff health and safety. The prison Guards failed to properly supervise The Prison and Provide for plaintiff's safety. They also purposely and Recklessly failed to provide plaintiff with medical assistance and a safe ENVIRONMENT as a prisoner, Thereby depriving plaintiff of his Civil Rights, Guaranteed by The constitutions and laws of The united states and of The state of New York.

Defendants #1, #5 #6 #9's Recklessness, failure to properly Train and manage

Prison Guards and medical doctor of The county of Suffolk state of new york, and failure to adequately Supervise and Protect plaintiff's from The acts complained of caused The deprivation of plaintiff's fundamental Rights.

### Inadequate Law Library and Facilities

Plaintiff was Denied Access To The law library and who was Banned Resulting From assault Battery Incident. which showed Delibrate Indifference To plaintiff's legal needs, The Prison library was shockingly inadequate. despite The Computers They have with no Instructions on how to use Them. also The Prison has no legal Clerk who know about The law. The prisoners were supposed to be called out to access to law library at least Three times a week. However, They were regularly called only once a week or less. Five Prisoners at a time were sent to The library for a period of ninety minutes, Not enough time to adequately conduct Research and prepare legal documents. As a result it was and still Extremely difficult for The Prisoners to get more Than a small amount of work done Each time They went to The library.

### Inadequate Mail Facilities (Correspondence)

The Mail Processing System at The Prison was Extremely Inadequate. Mail was frequently lost or Misplaced. IN addittion, The Prison did not have any secure Place for Incoming or out going mail to protect against The mail being stolen on lost.

## Unadequate and Unsanitary Housing

1. Numerous Insects, Rats, Mice and other vermin were in the prison throughout the period of Plaintiff's confinement from June 2018 until the time of this complaint

2. An Exterminator did visit the prison in sept 2018, but only the common areas and guard areas were sprayed. Individual cells were never sprayed. When the common areas were sprayed, Roaches and other vermin simply moved into the individual cells. once the fumes disappeared, the vermin Returned unharmed to again infest the entire prison.

3. The Extermonator wore mask and gloves, but prisoners Remained in their cells and were not given mask or protective clothing.

4. There was no ventilation to prevent prisoners from Inhaling the fumes. plaintiff and fellow Prisoners suffered severe headaches and nausea after the Extermination.

5. Inadequate lighting in the cells made Reading for more than a few minutes at a time Extremely difficult and nearly Impossible. Requests for lamps or stronger light bulbs were denied on Request.

Keith Terrell Butler

DATED: 11/16/2019

Sworn to before Me This
_____ day of _____, 2019
_____
Notary Public

Signed This day of __November__ , __16__ , 2019

Keith terell Butler

Pro-se 19A0179

I Declare Under Penalty of Perjury That The foregoing is True and correct.

DATED: November 16, 2019
        Marcy NY 13403-3600

NEW YORK STATE
DEParTMent of law
Regional office
300 Motor Parkway, Suite 230
Hauppauge, NY 11788-5127

DENNis M. Brown
COUNTY ATTORNEY
H. LEE DENNison Bldg, 6th Floor
    P. O. Box 6100
HAUPPAUGE NY 11788-9623

Keith terell Butler
KEiTH Terrell Butler
19A0179 PRO-SE
MARCY correctional facility
    Box 3600
Marcy, NY 13403-3600

AFFIDAVIT

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

KEITH TERRELL BUTLER

               Plaintiff,

   - against-

Suffolk County

     Defendant(S)

AFFIDAVIT
OF KEITH Terrell Butler
19A0179 Pro-se

RECEIVED
NOV 2 2 2019
PRO SE OFFICE

AFFIDAVIT OF KEITH TERRELL BUTLER

I, KEITH Terrell Butler, being duly sworn According To The LAW deposes and says That I am the Plaintiff in The Above ENtitled Proceeding, making This statement

               All OF The INformation I have submitted in This complainT in support of MY Request, Plaintiff case is True and correct.

Sworn To before ME This
_____ day of_____, 2019

_____
     NOTARY Public

_Keith terrell Butler_
signed

KEITH TErrEll BUTLER
19A0179 PRO.SE
MARCY correctional Facility
BOX 3600
MARCY, NY 13403-3600

Cc:/FilE FED CT. KB

COVER LETTER
To Clerk of The Court

Deputy clerk of court
United States District court
Southern District of New York
500 Pearl street
New York, NY 10007-1312

RECEIVED 11/17/19
NOV 2 2 2019
PRO SE OFFICE

Dear Deputy Clerk,

Enclosed is complaint 1983 and summons and affidavit
Please advise Me of Such once The County law Dept
has been served with summons and complaint and
Please send Me Pro Se litigation Manual and copy of
The Constitutional amendments laws/Bill of Rights and
caselaw on Excessive use of force By Prison Guards.
Please add Me to Probono Panel list/Send Me The avail list of lawyers.

Thank you

Keith Butler
19A0179
Marcy correctional facility
Box 3600
Marcy NY 13403-3600

CC/File

## SUMMONS IN CIVIL ACTION

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

KEITH TERRELL BUTLER 19A0179

Plaintiff

- against -

Suffolk County, Suffolk county sheriff
Errol D Toulon, of Suffolk County correctional          Civil Action No.
facility, Justin francis, Alex, Edwards
John Doe are sergeant, C. Crew L.T. of SERT
John Doe, John DOE① John DOE② John DOE③
John Doe④ John DOE⑤ John Doe⑥ John DOE⑦
John DOE⑧ CO# Badge 1688, CO# Badge 1491, all
corrections officers With Rank, DR. James L.
Tomarken commissioner of Department of Health
services who is sued Individully and in Their
official capacity

_____ Defendant(s)

### SUMMONS IN CIVIL ACTION

To. Defendant(s) IN Above caption whom's work place is at The following Address:
    100 center Drive sheriff's office Riverhead, NY 11901
    A lawsuit has been filed againsT YOU for assault and Battery and
    medical neglecT in The Southern District federal court of law for The
    Wrongfull acts and omissions of Riverhead suffolk County Jails Employees.
    within 21 days after service of This summons on you (not counting The Day you
    Recieve it) - or 60 days if you are The United States or a United States agency, or

an officer or employee of the United States described in F.e.d. R. civ. P. 12 (a)(2) or (3).
You must serve on The Plaintiff an Answer To the attached complaint or a motion under
Rule 12 of the Federal Rules of civil Procedure. The answer or motion must be served
on the Plaintiff or Plaintiff's attorney, whose name and address are marcy
correctional facility Box 3600 marcy NY 13403 -3600. if you fail to respond,
Judgement by Default will be entered against you for the relief demanded in
the complaint. you also must file your answer or motion with the court.

Dated: 11/16/19
    Marcy NY 13403 -3600

                                Keith Butler
                                / 19A0179   Pro·se

                        Cc/file

Keith
Marcy correctional facility
Box 3600
Marcy NY 13403-3600

RECEIVED
NOV 2 2 2019
PRO SE OFFICE

USWS EDNY

RECEIVED
20 2019
OFFICE
N.Y.

UNITED STATES
Southern District
Daniel Patrick Mo
500 PEARL Stre
NewYork New Y

Pro Se Intak
GP

Legal mail