UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
KEITH BUTLER,

        Plaintiff,

    v.

SUFFOLK COUNTY, et al.,

        Defendants.
------------------------------------------------------------X

**ORDER**
19-CV-6754 (WFK) (VMS)

**WILLIAM F. KUNTZ, II, United States District Judge:**

    On January 25, 2023, the Honorable Magistrate Judge Vera M. Scanlon filed a Report and Recommendation ("R&R"), recommending this Court dismiss the above-captioned case without prejudice due to Plaintiff's failure to prosecute. ECF No. 52. Objections to the R&R were due February 8, 2023, yet none have been filed to date.

    In reviewing a report and recommendation, a district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). Where no objections have been filed, the Court reviews a report and recommendation for clear error. *See Covey v. Simonton*, 481 F. Supp. 2d 224, 226 (E.D.N.Y. 2007) (Garaufis, J.). The Court finds no such error here. Accordingly, the Court adopts the R&R in its entirety.

    The Clerk of Court is respectfully directed to terminate any pending motions and close the case.

SO ORDERED.

s/ WFK

Dated: February 27, 2023
       Brooklyn, New York

HON. WILLIAM F. KUNTZ, II
UNITED STATES DISTRICT JUDGE